EDEN'S GATE, LTD. v. LEEPER

No. 40P96

Case below: 121 N.C.App. 171

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

FULTON CORP. v. FAULKNER

No. 305A93-2

Case below: 110 N.C.App. 493

Motion by plaintiff for order remanding to the trial court denied 20 March 1996.

HALL v. CUMBERLAND COUNTY HOSPITAL SYSTEM

No. 103P96

Case below: 121 N.C.App. 425

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996. Motion by plaintiffs to dismiss petition for discretionary review denied 3 April 1996. Second motion by plaintiffs to dismiss petition for discretionary review denied 3 April 1996. Motion by plaintiffs to treat notice of appeal as a contingent appeal dismissed as moot 3 April 1996.

HOGAN v. CITY OF WINSTON-SALEM

No. 96A96

Case below: 121 N.C.App. 414

Notices of appeal by defendant (substantial constitutional question and dissent) retained 3 April 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 3 April 1996.

JOHNSON v. AMETHYST CORP.

No. 521PA95

Case below: 120 N.C.App. 529

Motion by defendants to withdraw petitions for discretionary review allowed 3 April 1996.